| | |
|---|---|
| 1 | CLARK HILL PLC |
| 2 | Gia N. Marina (Nevada Bar No. 15276)<br>gmarina@clarkhill.com |
| 3 | 3800 Howard Hughes Pkwy, Suite 500<br>Las Vegas, NV 89169 |
| 4 | Telephone:    (702) 862-8300<br>Facsimile:     (702) 862-8400 |
| 5 | Counsel for Defendant |
| 6 | Equifax Information Services LLC |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| BARRY SEARS, | | Case No. 2:21-cv-02261-BNW |
| Plaintiff, | | **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| v. | | |
| BONNEVILLE BILLING AND COLLECTIONS, INC. and EQUIFAX INFORMATION SERVICES LLC, | | **FIRST REQUEST** |
| Defendants. | | |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from February 10, 2022 through and including March 28, 2022. Plaintiff and Equifax intend on engaging in settlement discussions. The additional time to respond to the Complaint will facilitate settlement discussions. This stipulation is filed in good faith and not intended to cause delay.

**ORDER**

**IT IS SO ORDERED**

**DATED:** 3:12 pm, February 07, 2022

*[signature]*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

| | | |
|---|---|---|
| 1 | DATED: February 3, 2022 | Respectfully submitted, |
| 2 | | CLARK HILL PLC |

By: */s/ Gia N. Marina*
Gia N. Marina
Nevada Bar No. 15276
CLARK HILL PLC
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Telephone:    (702) 862-8300
Facsimile:      (702) 862-8400
Email:    gmarina@clarkhill.com

Counsel for Defendant
EQUIFAX INFORMATION SERVICES LLC

DATED: February 3, 2022         Agreed & Consented to:

KIND LAW

By: */s/ Michael Kind*
Michael Kind
Nevada Bar No. 13903
KIND LAW
8860 South Maryland Pkwy, Suite 106
Las Vegas, NV 89123
Telephone:    (707) 337-2322
Facsimile:      (707) 329-5881
Email:    mk@kindlaw.com

Counsel for Plaintiff
BARRY SEARS

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2022, I presented the foregoing JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: /s/ Gia N. Marina
Gia N. Marina
*Counsel for Defendant*
*Equifax Information Services LLC*