# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BARRY SEARS,<br><br>Plaintiff,<br><br>v.<br><br>BONNEVILLE BILLING AND COLLECTIONS, INC.; AND, EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant(s). | Case No.: 21-cv-02261-ART-BNW<br><br>**ORDER RE: DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**<br><br>HON. ANNE R. TRAUM |

Based upon the Parties' Stipulation, (ECF No. 21) and good cause, this Court hereby orders EQUIFAX INFORMATION SERVICES LLC to be, and is, dismissed with prejudice with each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: <u>August 31, 2022</u>.          _____

HON. ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE