1
2
3
4
5      **UNITED STATES DISTRICT COURT**
6      **DISTRICT OF NEVADA**
7
8
9
10
11    **BARRY SEARS,**                                    Case No.: 21-cv-02261-ART-BNW
12        Plaintiff,
                                                          **ORDER APPROVING**
13                                                        **STIPULATION TO CONTINUE**
            v.                                            **DEADLINE FOR PLAINTIFF**
14                                                        **BARRY SEARS TO FILE FEE**
      **BONNEVILLE BILLING AND**                          **PETITION**
15    **COLLECTIONS, INC.; AND,**
16    **EQUIFAX INFORMATION**                             **HON. ANNE R. TRAUM**
      **SERVICES, LLC,**
17
18
            Defendant(s).
19
20
21
22
23
24
25
26
27
28

IT IS HEREBY STIPULATED between Plaintiff BARRY SEARS ("Plaintiff") and Defendant BONNEVILLE BILLING AND COLLECTIONS, INC. ("Defendant"), through their respective counsel, as follows:

WHEREAS, the Court entered judgment in Plaintiff's favor on December 22, 2022 in accordance with Defendant's Offer of Judgment pursuant to Fed. R. Civ. P. 68, ECF No. 33;

WHEREAS, Plaintiff seeks attorneys' fees and costs in accordance with Defendant's Offer of Judgment, ECF No. 32, ¶ 2;

WHEREAS, the Parties are attempting to voluntary resolve this issue without the need of Court intervention;

WHEREAS, Plaintiff's deadline to file a Fee Petition is January 5, 2023;

WHEREAS, the Parties wish to continue said discussions in an effort to avoid incurring further attorneys' fees and to save judicial resources;

WHEREAS, this request is not made for any improper purpose or delay, but rather to allow the parties to complete discovery and hopefully facilitate the resolution of the case;

WHEREAS, the parties agree that the requested continuance will not cause any prejudice to them;

NOW THEREFORE, the parties stipulate as follows:

That Plaintiff's deadline to file a Fee Petition, if any, is continued to January 26, 2023.

IT IS SO STIPULATED.

Date: January 5, 2023                                       **LOKER LAW, APC**

                                                By:   ___/s/ Matthew M. Loker___
                                                      MATTHEW M. LOKER, ESQ.
                                                      ATTORNEY FOR PLAINTIFF

                                                      **BASSFORD REMELE**

                                                By:   _s/Patrick D. Newman___
                                                      PATRICK D. NEWMAN, ESQ.
                                                      ATTORNEYS FOR DEFENDANT

### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(44) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsel, and that I have obtained their authorization to affix electronic signatures to this document.

Date: January 5, 2023                                       **LOKER LAW, APC**

                                                By:   ___/s/ Matthew M. Loker___
                                                      MATTHEW M. LOKER, ESQ.
                                                      ATTORNEY FOR PLAINTIFF

**IT IS SO ORDERED:**

_____
HON. ANNE R. TRAUM

DATED: January 6, 2023