# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **BARRY SEARS,** | **Case No.:** 21-cv-02261-ART-BNW |
| Plaintiff, | **ORDER RE: DISMISSAL OF DEFENDANT BONNEVILLE BILLING AND COLLECTIONS, INC.** |
| v. | |
| **BONNEVILLE BILLING AND COLLECTIONS, INC.; AND, EQUIFAX INFORMATION SERVICES, LLC,** | **HON. ANNE R. TRAUM** |
| Defendant(s). | |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders BONNEVILLE BILLING AND COLLECTIONS, INC. to be, and is, dismissed with prejudice.

IT IS SO ORDERED.

Dated: **February 6, 2023**

_____

HON. ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE

CASE NO.: 21-cv-2261-ART-BNW                    *Sears v. Bonneville Billing and Collections, Inc., et al.*